# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**
**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen - Partner
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

March 29, 2017

**Via ECF & Fax (212) 805-7942**
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    **Creative Construction Services Corp. v. The District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America**
           **Case No. 14-CV-7629(AKH)**

Dear Judge Hellerstein:

    This firm represents the Plaintiffs, Creative Construction Services Corp. and Hanson James in the above-referenced action. Defendant joins in this letter.

    The parties have just reached an agreement in principle to resolve all claims. The terms of the agreement will be memorialized in a settlement agreement. We will file a Stipulation of Dismissal once the settlement agreement is fully executed.

    Accordingly, the parties respectfully request that the Court adjourn oral argument on Defendant's motion for summary judgment that was scheduled for tomorrow, March 30, 2017 at 2:30 pm.

    Respectfully submitted,

    **MILMAN LABUDA LAW GROUP PLLC**

    /s/ Jamie S. Felsen

cc:    All Counsel of Record